**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

UNITED STATES OF AMERICA     :
                             :
                             :
          v.                 :     CRIMINAL ACTION NO.
                             :     1:04-CR-0424-RWS
WILLIAM C. CAMPBELL,         :
                             :
          Defendant.         :

## ORDER

This case is before the Court for consideration of two Reports and

Recommendations [176 and 177] of Magistrate Judge E. Clayton Scofield, III.

After reviewing the Reports and Recommendations, they are received with

approval and adopted as the Opinion and Order of this Court. Accordingly,

Defendant's Motion to Dismiss All Bribery Predicates from Count One [53] and

Defendant's Motion to Dismiss All Mail and Wire Fraud Racketeering Acts

from Count One [56] are hereby **DENIED**.

**SO ORDERED** this  25th  day of October, 2005.


/s/ Richard W. Story
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE