**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | CRIMINAL ACTION NO. |
| : | 1:04-CR-0424-RWS |
| WILLIAM C. CAMPBELL,   : | |
| : | |
| Defendant.   : | |

**ORDER**

This case comes before the Court on Defendant's February 27, 2006 Motion to Dismiss All Charges for Prosecution Misconduct [294]. In light of the intervening jury verdict acquitting Defendant of Counts I through IV, this motion has been rendered largely moot. Indeed, Defendant has not even alleged the existence of prosecutorial misconduct directly impacting those charges upon which he was ultimately found guilty. Even putting that aside, the Court finds the evidence does not show prosecutorial misconduct in this case.

For the foregoing reasons, Defendant's Motion to Dismiss All Charges for Prosecution Misconduct [294] is hereby **DENIED**.

**SO ORDERED** this  23rd  day of March, 2006.

/s/ Richard W. Story
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)