**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. |
| | : | 1:04-CR-0424-RWS |
| WILLIAM C. CAMPBELL, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

On March 23, 2006, Thomas H. Andrew ("Respondent"), a prospective juror in this case, appeared before the Court pursuant to a show cause order. Respondent admitted that he violated the Court's Order by reading a news article concerning jury selection in this case. Based upon the violation, the Court finds Respondent in contempt of the Court's order. Respondent may purge himself of the contempt by completing forty (40) hours of community service.

**SO ORDERED** this 23rd day of March, 2006.

/s/ Richard W. Story
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)