FILED IN CHAMBERS
RICHARD W STORY
U S D C Atlanta

JUN 1 5 2006

LUTHER D. THOMAS, Clerk
By _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

-vs-

WILLIAM C. CAMPBELL

Case No. 1:04-CR-424-RWS

Defendant's Attorneys:
Jerry Froelich, Billy Martin, Fred Orr
and Kerry Verdi

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant was found guilty by jury on Counts Five, Six and Seven of the Indictment

Accordingly the defendant is adjudged guilty of such count(s) which involves the following offense

| Title & Section | Nature of Offense | Count No |
|---|---|---|
| 26 U S C § 7206(1) | Tax Evasion | 5-7 |

The defendant is sentenced as provided in pages 2 through 5 of this judgment   The sentence is imposed pursuant to 18 U S C § 3553(a)

It is ordered that the defendant shall pay the special assessment of **$ 300.00** which shall be due immediately

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within thirty days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid

Defendant's Soc Sec No XXX-XX-0435
Defendant's Date of Birth 1953
Defendant's Mailing Address Palm Beach Gardens, FL

Date of Imposition of Sentence June 13, 2006

Signed this the _15th_ day of June, 2006

RICHARD W STORY
UNITED STATES DISTRICT JUDGE

1 04-CR-424-RWS   WILLIAM C CAMPBELL

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **30 months on Counts Five through Seven, each count to run concurrently**

The Defendant shall voluntarily surrender to the United States Marshal for this district or report to the designated facility as directed by the United States Marshal

The Court recommends to the Bureau of Prisons that the defendant shall be designated in Florida

## RETURN

I have executed this judgment as follows

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____. with a certified copy of this judgment

_____
UNITED STATES MARSHAL

By _____
Deputy U S Marshal

1 04-CR-424-RWS   WILLIAM C CAMPBELL

## SUPERVISED RELEASE

Upon release from imprisonment. the defendant shall be on supervised release for a term of **1 year** on each count to run concurrently pursuant to 18 U S C § 3624(e)

While on supervised release, the defendant shall not commit another federal, state or local crime and shall not illegally possess a controlled substance   The defendant shall comply with the standard and special conditions that have been adopted by this court (set forth below)   If this judgment imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay any such restitution that remains unpaid at the commencement of the term of supervised release   The defendant shall comply with the following additional conditions

The defendant shall not possess a firearm as defined in 18 U S C § 921

The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons

The fine shall be paid in full immediately

If not paid immediately the defendant shall make fine payments from any wages he may earn in prison in accordance with the Bureau of Prisons Financial Responsibility Program   Any portion of the fine that is not paid in full at the time of the defendant's release from imprisonment shall become a condition of supervision and be paid at the monthly rate of at least $500 00

Pursuant to 42 U S C 14135a(d)(1) and 10 U S C 1565(d), which requires mandatory DNA testing for federal offenders convicted of felony offenses, the defendant shall cooperate in the collection of DNA as directed by the probation officer

The defendant shall make a full and complete disclosure of finances and submit to an audit of financial documents, at the request of the United States Probation Officer

The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer and unless the defendant is in compliance with the installment payment schedule

The defendant shall not own, possess or have under his control any firearm, dangerous weapon or other destructive device

The defendant shall cooperate with the Internal Revenue Service in the determination and collection of his tax liabilities

The periodic drug testing mandated by the Violent Crime Control and Law Enforcement Act of 1994 is hereby suspended

1 04-CR-424-RWS   WILLIAM C CAMPBELL

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this judgment, the defendant shall not commit another federal, state or local crime  In addition

1. The defendant shall not leave the judicial district without the permission of the court or probation officer.

2. The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month,

3. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer

4. The defendant shall support his or her dependents and meet other family responsibilities.

5. The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.

6. The defendant shall notify the probation officer within **72** hours of any change in residence or employment.

7. The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician, and shall submit to periodic urinalysis tests as directed by the probation officer to determine the use of any controlled substance,

8. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

9. The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.

10. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer,

11. The defendant shall notify the probation officer within **72** hours of being arrested or questioned by a law enforcement officer,

12. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court,

13. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement

1 04-CR 424-RWS   WILLIAM C CAMPBELL

# FINE

The defendant shall pay a fine of **$6,000 00**

This fine includes any costs of incarceration and supervision

This fine (plus any interest required) shall be paid to the United States

If the fine is not paid. the court may sentence this defendant to any sentence which might have been originally imposed   See 18 USC 3614