IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATE OF AMERICA : | |
| : | |
| v. : | Criminal Indictment No. |
| : | 1:04-cr00-424-RWS |
| WILLIAM C. CAMPBELL : | |

### NOTICE OF APPEAL

Notice is hereby given that WILLIAM C. CAMPBELL, defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment entered in this action on the 15th day of June, 2006.

This the 26th day of June 2006.

Respectfully submitted,

BY: /S/ *Mawuli Mel Davis*
Mawuli Mel Davis
Attorney for Defendant
Georgia Bar No.: 212029

**MAWULI DAVIS & ASSOCIATES, LLC**
4153 B Flat Shoals Parkway
Suite 204
Decatur, GA 30034
404.244.2004 (Phone)
404.241.8894 (Facsimile)
mdavis@mawulidavis.com

**CERTIFICATE OF SERVICE**

    I hereby certify that I have this day electronically filed the foregoing **Notice of Appeal** with the Clerk of Court for filing and uploading to the CM/ECF system, which will automatically send email notification of such filing to the following attorney of record:

Sally Yates
Assistant United States Attorney
United State Attorney's Office
600 Richard B. Russell Building
75 Spring Street, SW
Atlanta, GA 30303

This 26th day June 2006.

                                    Respectfully submitted,

                                    BY: /S/ *Mawuli Mel Davis*
                                    Mawuli Mel Davis
                                    Attorney for Defendant
                                    Georgia Bar Number: 212029

**MAWULI DAVIS & ASSOCIATES, LLC**
4153 B Flat Shoals Parkway
Suite 204
Decatur, GA 30034
404.244.2004 (Phone)
404.241.8894 (Facsimile)
mdavis@mawulidavis.com