

U.S. Department of Justice

United States Marshals Service

*Northern District of Georgia*

---

*Atlanta, GA 30303*

Aug. 08, 2006

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 0 9 2006

JAMES N. HATTEN, Clerk
By: JPPinckney  Deputy Clerk

VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Mr. William C. Campbell
167 Vintage Isle Lane
Palm Beach Garden, Fl. 33418

Subject: **Voluntary Surrender/Reporting Information**
Reg. No. 56204-019, Case No. 1:04-CR-424-RWS

Dear Mr. Campbell;

Pursuant to the sentence you received in federal court in the Northern District of Georgia, you are hereby directed to report to the following institution to begin service of your federal sentence.

INSTITUTION: **FCI Miami - Camp**
**15801 S.W. 137th Ave.**
**Miami, FL 33177**

TELEPHONE NO.: **(305) 259-2100**

REPORT DATE: **NOON, August 21, 2006**

Any further inquiries should be directed to the institution at the telephone number listed above.

Respectfully,

RICHARD V. MECUM
UNITED STATES MARSHAL

*[signature]*

RONNIE D VIRDEN
CRIMINAL SECTION

cc:
Clerk of Court
Pretrial Services
U.S. Probation Office