1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
AUG 14 2006
JAMES N. ALLEN, CLERK
By: [signature] Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 1:04-CR-424-RWS |
| ) | |
| ) | ATLANTA, GEORGIA |
| ) | JANUARY 23, 2006 |
| V.        ) | |
| ) | |
| WILLIAM C. CAMPBELL  ) | |
| ) | |
| DEFENDANT.   ) | |

VOLUME I
TRANSCRIPT OF JURY TRIAL
BEFORE THE HONORABLE RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:  SALLY Q. YATES, ESQ.
                     PHYLLIS B. SUMNER, ESQ.
                     RUSSELL G. VINEYARD, ESQ.
                     ASSISTANTS U.S. ATTORNEY

FOR THE DEFENDANT:   WILLIAM R. MARTIN, ESQ.
                     JEROME J. FROELICH, ESQ.
                     W. FRED ORR, II, ESQ.
                     KERRY L. BRAINARD, ESQ.
                     DEFENSE ATTORNEYS

COURT REPORTER:      SHARON D. UPCHURCH, RPR
                     ELISE SMITH EVANS, RMR, CRR

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT PRODUCED BY COMPUTER.