## United States Court of Appeals

Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.ca11.uscourts.gov

*RECEIVED IN CLERK'S OFFICE U.S.D.C. - Atlanta AUG 15 2007 JAMES N. HATTEN, Clerk By: Deputy Clerk*

August 13, 2007

James N. Hatten
Clerk, U.S. District Court
75 SPRING ST SW STE 2211
ATLANTA  GA  30303-3318

**Appeal Number: 06-13548-II**
Case Style: USA v. William C. Campbell
District Court Number: 04-00424 CR-RWS-1

The enclosed certified copy of the judgment and a copy of this court's opinion are hereby issued as the mandate of this court.

Also enclosed are the following:
    Original Exhibits, consisting of: ninety-eight volumes
    Original record on appeal or review, consisting of: three envelopes, one psi

The clerk of the court or agency shown above is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

A copy of this letter, and the judgment form if noted above, <u>but not a copy of the court's decision</u>, is also being mailed to counsel and pro se parties. A copy of the court's decision was previously mailed to counsel and pro se parties on the date it was issued.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: James O. Delaney (404) 335-6113

Encl.

MDT-1 (06/2006)